# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**CALVIN RAY McDANIEL**                                                                                  **PLAINTIFF**

V.                              **CASE NO. 3:09CV00169-BD**

**DICK BUSBY,** *et al.*                                                                                 **DEFENDANTS**

## ORDER

Attorney Danny W. Glover, Glover, Roberts & Dooley, Post Office Box 373, Wynne, Arkansas 72396-0373, telephone number 870-238-2348, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent Plaintiff in all further matters in this case.

The Clerk of Court is directed to send Mr. Glover a copy of this Order and Local Rule 83.7.  Counsel may access the file from CM/ECF.  If counsel is unable to obtain a copy of the file from CM/ECF, he should contact Ms. Suzy Flippen, Courtroom Deputy Clerk, at 501-604-5114, and a copy of the file, or any portion thereof, will be provided by compact disk free of charge .  Under Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days of the date of this order; otherwise, the appointment will be effective.

DATED this 7th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE